No. 01–6204. REAGAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–6214. LEWIS v. MICHIGAN DEPARTMENT OF CORRECTIONS; LEWIS v. MICHIGAN DEPARTMENT OF CORRECTIONS; LEWIS v. MICHIGAN DEPARTMENT OF CORRECTIONS; and LEWIS v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Mich. Certiorari denied.

No. 01–6215. BUNCH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6232. JONES v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–6253. WILLIAMS v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6260. WIDMER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–6262. YEPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6269. WICKLINE v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6278. CARLSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–6279. BLACK v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–6280. EICHNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6285. PORTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–6299. SMITH v. MOSLEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–6300. OYAGUE v. NEW YORK. C. A. 2d Cir. Certiorari denied.